United States District Court  
Southern District of Texas  
**ENTERED**  
November 07, 2016  
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Raburn Barbee *et al.*,  §  
  §  
   Plaintiffs,  §  
  §  
versus  §    Civil Action H-16-1506  
  §  
Allstate Texas Lloyd's,  §  
  §  
   Defendant.  §  

## Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on November 7, 2016, at Houston, Texas.

Lynn N. Hughes  
United States District Judge